**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**IGOR BOTEZATU #A209-318-239**          **CIVIL ACTION NO. 26-1841 SEC P**

**VERSUS**                               **JUDGE EDWARDS**

**ALESSANDRO MAYORKAS ET AL**            **MAG. JUDGE DAVID J. AYO**

**MEMORANDUM ORDER**

Before the Court is an Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2).  It is **DENIED**.

Marina Maximova moves for emergency injunctive relief on behalf of her husband, Igor Botezatu.  *See* ECF No. 2 at 1.  She seeks his immediate release.  *Id.* As we understand it, the immigration judge has determined that Mr. Botezatu should be detained as a flight risk.  *See* ECF No. 1-3.  Discretionary detention determinations made by an immigration judge are unreviewable by this Court.  *See Calixte v. Noem,* No. CV 25-1813, 2025 WL 3565512, at *1 (W.D. La. Dec. 12, 2025).   Unable to "unequivocally show," *Suburban Propane, L.P. v. D & S GCTX LLC,* No. 1:25-CV-00706, 2025 WL 2429087, at *2 (W.D. Tex. May 20, 2025), that she is likely to succeed on the merits, "the most important of the [TRO] factors," *Mock v. Garland*, 75 F.4th 563, 587, n.60 (5th Cir. 2023), her Motion (ECF No. 2) is **DENIED**.

**THUS DONE AND SIGNED** this 3rd day of June, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**